# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JACK E. ZIPF and MARY DARLENE ZIPF,

Appellants,

v.

CRYSTAL SANDS OWNERS ASSOCIATION, INC., A FLORIDA NOT FOR PROFIT CORPORATION,

Appellee.

No. 2D2022-2934

————————————————

May 10, 2024

Appeal from the Circuit Court for Sarasota County; Kevin Bruning, Judge.

Heather Cherepkai and Leland W. Wilson of Denali Law Group, P.A., Fort Myers (withdrew after briefing), for Appellants.

Jack E. Zipf, pro se.

Mary Darlene Zipf, pro se.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for Appellee.

PER CURIAM.

　　Affirmed.

VILLANTI, LaROSE, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.